United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Community Automative Repair, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 38-4279720 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>101 Bethel Ave<br>Port Orchard, WA 98366<br><u>Number, Street, City, State & ZIP Code</u><br><br>Kitsap<br><u>County</u> | **Mailing address, if different from principal place of business**<br><br><br><u>P.O. Box, Number, Street, City, State & ZIP Code</u><br><br>**Location of principal assets, if different from principal place of business**<br>101 Bethel Ave Port Orchard, WA 98366<br><u>Number, Street, City, State & ZIP Code</u> |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.communityautopo.com |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Case 26-10953-TWD   Doc 1   Filed 03/27/26   Ent. 03/27/26 16:46:31   Pg. 1 of 42

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Case 26-10953-TWD    Doc 1    Filed 03/27/26    Ent. 03/27/26 16:46:31    Pg. 2 of 42

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 26-10953-TWD    Doc 1    Filed 03/27/26    Ent. 03/27/26 16:46:31    Pg. 3 of 42

Debtor    Community Automative Repair, LLC          Case number (*if known*) _____
          Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
        imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 27, 2026
               MM / DD / YYYY

**X** /s/   Gregory Hulse                                Gregory Hulse
Signature of authorized representative of debtor         Printed name

Title    Owner

**18. Signature of attorney**    **X** /s/ Karen E. Richmond          Date    March 27, 2026
                                 Signature of attorney for debtor              MM / DD / YYYY

Karen E. Richmond
Printed name

Richmond Hill, PLLC
Firm name

1521 SE Piperberry Way, Suite 135
Port Orchard, WA 98366
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    karen@law-rh.com

31618 WA
Bar number and State

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 27, 2026          **X** /s/   Gregory Hulse
                                           Signature of individual signing on behalf of debtor

                                            Gregory Hulse
                                           Printed name

                                            Owner
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Community Automative Repair, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A & I Distributors P.O. Box 1999 Billings, MT 59103 | | BUSINESS ACCOUNT | | | | $1,500.00 |
| Apro LLC 4310 Cover St Long Beach, CA 90808 | | BUSINESS ACCOUNT | | | | $5,263.47 |
| Autozone 123 S Front St Memphis, TN 38103 | | BUSINESS ACCOUNT | | | | $8,466.00 |
| Bank of America P.O. Box 15284 Wilmington, DE 19850 | | BUSINESS ACCOUNT | | | | $10,600.00 |
| BEST EGG P.O. Box 42912 Philadelphia, PA 19101 | | BUSINESS ACCOUNT | | | | $14,372.00 |
| Capital One Business P.O. Box 30285 Salt Lake City, UT 84130 | | BUSINESS ACCOUNT | | | | $1,500.00 |
| DR Bank 1001 Post Road Darien, CT 06820 | | Personal Loan | | | | $34,538.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 26-10953-TWD    Doc 1    Filed 03/27/26    Ent. 03/27/26 16:46:31    Pg. 6 of 42

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Funding Metrics LLC 884 Town Center Drive Langhorne, PA 19047 | | Cash on hand is variable.   Based on average; Kitsap Credit Unoin xx0262 - Business Checking - Acct# 0262; PCFCU xx4049 - 0Opened 2/23/26 - BUSINESS CHECKING; PCFCU XX4049 - 5Opened 2/23/26 - BUSINESS CHECKING; PCFCU xx4049-6Opened 2/23/26 - BUSINESS CHECKING; PCFCU XX4049 - 20Opened 2/23/26 - BUSINESS ACCOUNT; PCFCU xx4049-21Opened 2/23/26 - BUSINESS ACCOUNT; Raw materials ; 2011 Chevy Equinox; 2004 Toyota Corolla; 2006 Subaru Tribeca; Other Office Equipment, fixtures, etc. Inventory available upon request. ; 2-9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift; Alignment machine; A/C Machine, Engine Hoist, TPMS Tool; Customer list; Internet domain name CommunityAutopo.com | | | | $53,136.56 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Great America Financial Services 625 First Street SE Cedar Rapids, IA 52401 | | A/C Machine, Engine Hoist, TPMS Tool | | $17,201.96 | $4,900.00 | $12,301.96 |
| Kalamata Capital c/o Berkovitch & Bouskila PLLC 1545 US 202 Ste 101 Pomona, NY 10970 | | Cash on hand. Kitsap Credit Union xx0262 PCFCU xx4049 - 0Opened 2/23/26 PCFCU XX4049 - 5Opened 2/23/26 PCFCU xx4049-6Opened 2/23/26 PCFCU XX4049 - 20Opened 2/23/26 PCFCU xx4049-21Opened 2/23/26 Raw materials 2011 Chevy Equinox 2004 Toyota Corolla 2006 Subaru Tribeca Other Office Equipment, fixtures, etc. Inventory available upon request. 2-9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift Alignment machine A/C Machine, Engine Hoist, TPMS Tool Customer list Internet domain name CommunityAutopo.com | | $54,300.00 | Unknown | $29,312.22 |
| Lending Point 1201 Roberts Blvd Ste 200 Kennesaw, GA 30144 | | Personal Loan | | | | $15,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| OnDeck Capital 4700 W Daybreak Pkwy Ste 200 South Jordan, UT 84009 | | Cash on hand. Kitsap Credit Union xx0262 PCFCU xx4049 - 0Opened 2/23/26 PCFCU XX4049 - 5Opened 2/23/26 PCFCU xx4049-6Opened 2/23/26 PCFCU XX4049 - 20Opened 2/23/26 PCFCU xx4049-21Opened 2/23/26 Raw materials   2011 Chevy Equinox 2004 Toyota Corolla 2006 Subaru Tribeca Other Office Equipment, fixtures, etc. Inventory available upon request.   2-9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift Alignment machine A/C Machine, Engine Hoist, TPMS Tool Internet domain name CommunityAutopo.com | | $72,666.50 | $107,695.80 | $36,198.02 |
| OReilly Auto Parts 233 South Patterson Springfield, MO 65802 | | | | | | $4,869.00 |
| Quickbooks 4315 Picket Road Saint Joseph, MO 64503 | | BUSINESS ACCOUNT | | | | $7,337.01 |
| Quickbooks 4315 Pickett Road Saint Joseph, MO 64503 | | BUSINESS ACCOUNT | | | | $3,801.59 |
| Tech Merchant | | | | | | $3,801.59 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Upgrade 275 Battery St 23rd Floor San Francisco, CA 94111 | | BUSINESS ACCOUNT | | | | $14,854.00 |
| Upgrade 275 Battery St 23rd Floor San Francisco, CA 94111 | | BUSINESS ACCOUNT | | | | $8,449.00 |
| Velocity Capital Group 91 Carman Avenue Suite 400 Cedarhurst, NY 11516 | | Cash on hand. Kitsap Credit Union xx0262 PCFCU xx4049 - 0Opened 2/23/26 PCFCU XX4049 - 5Opened 2/23/26 PCFCU xx4049-6Opened 2/23/26 PCFCU XX4049 - 20Opened 2/23/26 PCFCU xx4049-21Opened 2/23/26 Raw materials   2011 Chevy Equinox 2004 Toyota Corolla 2006 Subaru Tribeca Other Office Equipment, fixtures, etc. Inventory available upon request.   2-9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift Alignment machine A/C Machine, Engine Hoist, TPMS Tool Customer list Internet domain name CommunityAutopo.com | | $37,475.00 | Unknown | $37,475.00 |
| Westbay Napa 2610 SE Mile Hill Dr Port Orchard, WA 98366 | | BUSINESS ACCOUNT | | | | $2,825.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor name    Community Automative Repair, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................................................    $       0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................................    $       107,695.80

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................................    $       107,695.80

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $       220,974.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $       0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    **+**$       190,613.22

4. **Total liabilities** ....................................................................................................................................
    Lines 2 + 3a + 3b    $       411,587.22

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 26-10953-TWD    Doc 1    Filed 03/27/26    Ent. 03/27/26 16:46:31    Pg. 11 of 42

**Fill in this information to identify the case:**

Debtor name    Community Automative Repair, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2.   **Cash on hand** | $12,000.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Kitsap Credit Union xx0262 | Business Checking | 0262 | $176.37 |
| 3.2. | PCFCU xx4049 - 0 Opened 2/23/26 | BUSINESS CHECKING | | $15.00 |
| 3.3. | PCFCU XX4049 - 5 Opened 2/23/26 | BUSINESS CHECKING | | $1,913.67 |
| 3.4. | PCFCU xx4049-6 Opened 2/23/26 | BUSINESS CHECKING | | $2,864.66 |
| 3.5. | PCFCU XX4049 - 20 Opened 2/23/26 | BUSINESS ACCOUNT | | $6,066.90 |
| 3.6. | PCFCU xx4049-21 Opened 2/23/26 | BUSINESS ACCOUNT | | $1,951.18 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 26-10953-TWD   Doc 1   Filed 03/27/26   Ent. 03/27/26 16:46:31   Pg. 12 of 42

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $24,987.78 |

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.   Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☒ No.   Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ☒ No.   Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.   Go to Part 6.
   ☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials**<br>Raw materials | | $0.00 | | $3,790.00 |

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

23.      **Total of Part 5.**
         Add lines 19 through 22.   Copy the total to line 84.

|  |
|---|
| $3,790.00 |

24.      **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2011 Chevy Equinox | $0.00 | Kbb.com | $7,000.00 |
| 47.2.   2004 Toyota Corolla | $0.00 | kbb.com | $3,000.00 |
| 47.3.   2006 Subaru Tribeca | $0.00 | Kbb.com | $4,500.00 |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Other Office Equipment, fixtures, etc.   Inventory<br>available upon request. | $0.00 | | $28,968.02 |
| 2- 9,000lb lifts; 2- post lifts; 1-10,000 lb lift;<br>1-4post alignment lift | $0.00 | | $20,500.00 |
| Alignment machine | $0.00 | | $10,000.00 |
| A/C Machine, Engine Hoist, TPMS Tool | $0.00 | | $4,900.00 |

**51.**   **Total of Part 8.**

     Add lines 47 through 50.   Copy the total to line 87.

$78,868.02

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☒ No
     ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** <br> Customer list | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** <br> Internet domain name   CommunityAutopo.com | $0.00 | | $50.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$50.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,987.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,790.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $78,868.02 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $107,695.80 | **+** 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $107,695.80 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor name    Community Automative Repair, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | Great America | Describe debtor's property that is subject to a lien | $6,339.54 | $10,000.00 |
| --- | --- | --- | --- | --- |

**Great America**
Creditor's Name

626 1st St SE Suite 800
Cedar Rapids, IA 52401
Creditor's mailing address

Describe debtor's property that is subject to a lien
Alignment machine

_____

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2000

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Great America
2. OnDeck Capital
3. Stripe Capital
4. Kalamata Capital
5. Velocity Capital Group

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Great America Financial Services | Describe debtor's property that is subject to a lien | $17,201.96 | $4,900.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

625 First Street SE
Cedar Rapids, IA 52401
Creditor's mailing address

Describe debtor's property that is subject to a lien
A/C Machine, Engine Hoist, TPMS Tool

_____

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1825

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

1. Great America Financial Services
2. OnDeck Capital
3. Stripe Capital
4. Kalamata Capital
5. Velocity Capital Group

---

| 2.3 | Kalamata Capital | | $54,300.00 | Unknown |
| --- | --- | --- | --- | --- |

**Creditor's Name**

**Describe debtor's property that is subject to a lien**
Cash on hand.; Kitsap Credit Union xx0262; PCFCU xx4049 - 0Opened 2/23/26; PCFCU XX4049 - 5Opened 2/23/26; PCFCU xx4049-6Opened 2/23/26; PCFCU XX4049 - 20Opened 2/23/26; PCFCU xx4049-21Opened 2/23/26; Raw materials ; 2011 Chevy Equinox; 2004 Toyota Corolla; 2006 Subaru Tribeca; Other Office Equipment, fixtures, etc. Inventory available upon request. ; 2- 9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift; Alignment machine; A/C Machine, Engine Hoist, TPMS Tool; Customer list; Internet domain name CommunityAutopo.com

c/o Berkovitch & Bouskila PLLC
1545 US 202 Ste 101
Pomona, NY 10970

Creditor's mailing address

**Describe the lien**
Non-Purchase UCC Secured

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | OnDeck Capital | | $72,666.50 | $107,695.80 |
| --- | --- | --- | --- | --- |

**Creditor's Name**

**Describe debtor's property that is subject to a lien**
Cash on hand.; Kitsap Credit Union xx0262; PCFCU xx4049 - 0Opened 2/23/26; PCFCU XX4049 - 5Opened 2/23/26; PCFCU xx4049-6Opened 2/23/26; PCFCU XX4049 - 20Opened 2/23/26; PCFCU xx4049-21Opened 2/23/26; Raw materials ; 2011 Chevy Equinox; 2004 Toyota Corolla; 2006 Subaru Tribeca; Other Office Equipment, fixtures, etc. Inventory available upon request. ; 2- 9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift; Alignment machine; A/C Machine, Engine Hoist, TPMS Tool; Internet domain name CommunityAutopo.com

4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009

Creditor's mailing address

**Describe the lien**
Non-Purchase UCC Secured

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Date debt was incurred**

**Last 4 digits of account number** 0189

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Stripe Capital | | $32,991.00 | $107,695.80 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Cash on hand.; Kitsap Credit Union xx0262; PCFCU xx4049 - 0Opened 2/23/26; PCFCU XX4049 - 5Opened 2/23/26; PCFCU xx4049-6Opened 2/23/26; PCFCU XX4049 - 20Opened 2/23/26; PCFCU xx4049-21Opened 2/23/26; Raw materials ; 2011 Chevy Equinox; 2004 Toyota Corolla; 2006 Subaru Tribeca; Other Office Equipment, fixtures, etc.   Inventory available upon request. ; 2- 9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift; Alignment machine; A/C Machine, Engine Hoist, TPMS Tool; Internet domain name CommunityAutopo.com

354 Oyster Point Blvd
South San Francisco, CA 94080
Creditor's mailing address

**Describe the lien**
Non-Purchase UCC Secured

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Velocity Capital Group | | $37,475.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Cash on hand.; Kitsap Credit Union xx0262; PCFCU xx4049 - 0Opened 2/23/26; PCFCU XX4049 - 5Opened 2/23/26; PCFCU xx4049-6Opened 2/23/26; PCFCU XX4049 - 20Opened 2/23/26; PCFCU xx4049-21Opened 2/23/26; Raw materials ; 2011 Chevy Equinox; 2004 Toyota Corolla; 2006 Subaru Tribeca; Other Office Equipment, fixtures, etc.   Inventory available upon request. ; 2- 9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift; Alignment machine; A/C Machine, Engine Hoist, TPMS Tool; Customer list; Internet domain name CommunityAutopo.com

91 Carman Avenue Suite 400
Cedarhurst, NY 11516
Creditor's mailing address

**Describe the lien**
Non-Purchase UCC Secured

**Is the creditor an insider or related party?**
☒ No

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| 3156 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| Specified on line 2.3 | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $220,974.00

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Berkovitch & Bouskila PLLC<br>1545 Route 202 Suite 101<br>Pomona, NY 10970 | Line  2.3 | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Dept of Revenue<br>Bankruptcy/Claims Unit<br>2101 4th Ave. #1400<br>Seattle, WA 98121-2300 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice only |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Employment Security Dept<br>Insolvency Unit<br>P.O. Box 9046<br>Olympia, WA 98507-9046 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice only |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Ops.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Business Taxes - Notice only |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 $0.00 |
|---|---|---|---|

Office of Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

A & I Distributors
P.O. Box 1999
Billings, MT 59103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0038

Basis for the claim: BUSINESS ACCOUNT
Is the claim subject to offset? ☒ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,263.47 |
|---|---|---|---|

Apro LLC
4310 Cover St
Long Beach, CA 90808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4024

Basis for the claim: BUSINESS ACCOUNT
Is the claim subject to offset? ☒ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,466.00 |
|---|---|---|---|

Autozone
123 S Front St
Memphis, TN 38103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4753

Basis for the claim: BUSINESS ACCOUNT
Is the claim subject to offset? ☒ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,600.00 |
|---|---|---|---|

Bank of America
P.O. Box 15284
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4669

Basis for the claim: BUSINESS ACCOUNT
Is the claim subject to offset? ☒ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,372.00 |
|---|---|---|---|

BEST EGG
P.O. Box 42912
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: BUSINESS ACCOUNT
Is the claim subject to offset? ☒ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 6680

Basis for the claim: BUSINESS ACCOUNT
Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address**<br>Capital One Business<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,500.00**<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  5910** | Basis for the claim:  BUSINESS ACCOUNT<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address**<br>DR Bank<br>1001 Post Road<br>Darien, CT 06820 | **As of the petition filing date, the claim is:** *Check all that apply.*   **$34,538.00**<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred  11/3/24**<br>**Last 4 digits of account number  8131** | Basis for the claim:  Personal Loan<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address**<br>Funding Metrics LLC<br>884 Town Center Drive<br>Langhorne, PA 19047 | **As of the petition filing date, the claim is:** *Check all that apply.*   **$53,136.56**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  7722** | Basis for the claim:  Cash on hand is variable.    Based on average; Kitsap Credit Unoin xx0262 - Business Checking - Acct# 0262; PCFCU xx4049 - 0Opened 2/23/26 - BUSINESS CHECKING; PCFCU XX4049 - 5Opened 2/23/26 - BUSINESS CHECKING; PCFCU xx4049-6Opened 2/23/26 - BUSINESS CHECKING; PCFCU XX4049 - 20Opened 2/23/26 - BUSINESS ACCOUNT; PCFCU xx4049-21Opened 2/23/26 - BUSINESS ACCOUNT; Raw materials ; 2011 Chevy Equinox; 2004 Toyota Corolla; 2006 Subaru Tribeca; Other Office Equipment, fixtures, etc.    Inventory available upon request. ; 2- 9,000lb lifts; 2- post lifts; 1-10,000 lb lift; 1-4post alignment lift; Alignment machine; A/C Machine, Engine Hoist, TPMS Tool; Customer list; Internet domain name  CommunityAutopo.com<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address**<br>Lending Point<br>1201 Roberts Blvd Ste 200<br>Kennesaw, GA 30144 | **As of the petition filing date, the claim is:** *Check all that apply.*   **$15,000.00**<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Personal Loan<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address**<br>OReilly Auto Parts<br>233 South Patterson<br>Springfield, MO 65802 | **As of the petition filing date, the claim is:** *Check all that apply.*   **$4,869.00**<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  4383** | Basis for the claim: _<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address**<br>Quickbooks<br>4315 Picket Road<br>Saint Joseph, MO 64503 | **As of the petition filing date, the claim is:** *Check all that apply.*   **$7,337.01**<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  BUSINESS ACCOUNT<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address**<br>Quickbooks<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | **As of the petition filing date, the claim is:** *Check all that apply.*   **$3,801.59**<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  BUSINESS ACCOUNT<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes |

Case 26-10953-TWD    Doc 1    Filed 03/27/26    Ent. 03/27/26 16:46:31    Pg. 23 of 42

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,801.59 |
|---|---|---|---|

Tech Merchant

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,854.00 |
|---|---|---|---|

Upgrade
275 Battery St
23rd Floor
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BUSINESS ACCOUNT

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,449.00 |
|---|---|---|---|

Upgrade
275 Battery St
23rd Floor
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BUSINESS ACCOUNT

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,825.00 |
|---|---|---|---|

Westbay Napa
2610 SE Mile Hill Dr
Port Orchard, WA 98366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BUSINESS ACCOUNT

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  Joshua J. Provost Esq<br>Attorney at Law<br>Capital Resource International<br>25852 McBean Pkwy Ste 801<br>Valencia, CA 91355 | Line  3.9<br><br>☐   Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 190,613.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 190,613.22 |

Case 26-10953-TWD    Doc 1    Filed 03/27/26    Ent. 03/27/26 16:46:31    Pg. 24 of 42

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Business Rental Lease Agreement | |
| State the term remaining | Expires 2/20/2027 | Apro LLC |
| List the contract number of any government contract | | 4310 Cover St<br>Long Beach, CA 90808 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | |
| State the term remaining | 14 months | Clicklease |
| List the contract number of any government contract | | 1182 W 2400 S<br>West Valley City, UT 84119 |

Debtor name    Community Automative Repair, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Greg Hulse | 101 Bethel Ave<br>Port Orchard, WA 98366 | Kalamata Capital | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Greg Hulse | 101 Bethel Ave<br>Port Orchard, WA 98366 | OnDeck Capital | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Greg Hulse | 101 Bethel Ave<br>Port Orchard, WA 98366 | Velocity Capital Group | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Greg Hulse | 101 Bethel Ave<br>Port Orchard, WA 98366 | Quickbooks | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.5 | Greg Hulse | 101 Bethel Ave<br>Port Orchard, WA 98366 | Quickbooks | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.6 | Greg Hulse | 101 Bethel Ave<br>Port Orchard, WA 98366 | Clicklease | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.2___ |

**Fill in this information to identify the case:**

Debtor name    Community Automative Repair, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $138,140.00 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br><br>☐ Other _____ | $803,276.00 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $407,831.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 26-10953-TWD    Doc 1    Filed 03/27/26    Ent. 03/27/26 16:46:31    Pg. 27 of 42

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Kalamata Capital<br>c/o Berkovitch & Bouskila PLLC<br>1545 US 202 Ste 101<br>Pomona, NY 10970 | Monthly<br>Payments of<br>6482.76 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | OnDeck Capital<br>4700 W Daybreak Pkwy Ste 200<br>South Jordan, UT 84009 | Monthly<br>payments of<br>$5813.32 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | Funding Metrics LLC<br>884 Town Center Drive<br>Langhorne, PA 19047 | Monthly<br>payments of<br>$4,200 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Velocity Capital Group<br>91 Carman Avenue Suite 400<br>Cedarhurst, NY 11516 | Monthly<br>payments of<br>$5353.56 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | Quickbooks<br>4315 Picket Road<br>Saint Joseph, MO 64503 | Monthly<br>payments of<br>$1943.29 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | Quickbooks<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | Monthly<br>payment of<br>$1943.50 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | Stripe Capital<br>354 Oyster Point Blvd<br>South San Francisco, CA 94080 | Monthly<br>payments of<br>$5,633.00 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | Autozone<br>123 S Front St<br>Memphis, TN 38103 | Monthly<br>payments of<br>$4000 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | Westbay Napa<br>2610 SE Mile Hill Dr<br>Port Orchard, WA 98366 | Monthly<br>payments of<br>$2000 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 26-10953-TWD    Doc 1    Filed 03/27/26    Ent. 03/27/26 16:46:31    Pg. 28 of 42

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.10. | O'Reilly's<br>233 S Patterson Ave<br>Springfield, MO 65802 | Monthly payments of $1800 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. | Apro LLC<br>4310 Cover St<br>Long Beach, CA 90808 | Monthly payments of $2704.00 | $8,112.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Rent _ |
| 3.12. | Upgrade<br>275 Battery St<br>23rd Floor<br>San Francisco, CA 94111 | Monthly payment of $779 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. | BEST EGG<br>P.O. Box 42912<br>Philadelphia, PA 19101 | Monthly payments of $614.00 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. | Upgrade<br>275 Battery St<br>23rd Floor<br>San Francisco, CA 94111 | Monthly payments of $629.13 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. | Lending Point<br>1201 Roberts Blvd Ste 200<br>Kennesaw, GA 30144 | Monthly payments of $629.13 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. | DRF Bank | Monthly payments of $1305.85 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. | Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850 | Monthly payments of $500 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Monthly Payment $500 | Unknown | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.19. Capital One Business P.O. Box 30285 Salt Lake City, UT 84130 | Monthly Payments of $200 | Unknown | ☐ Secured debt ☒ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.20. Click Lease LLC 1182W 2400 S West Valley City, UT 84119 | Monthly payments $909.10 | Unknown | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.21. Great America 626 1st St SE Suite 800 Cedar Rapids, IA 52401 | Monthly payments of $419.56 | Unknown | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.22. Great America 626 1st St SE Suite 800 Cedar Rapids, IA 52401 | Monthly payments of $1056.59 | Unknown | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Richmond Hill, PLLC 1521 SE Piperberry Way, Suite 135 Port Orchard, WA 98366 | Attorney Fee | | $5,000.00 |

**Email or website address**
karen@law-rh.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Ben's Auto Care<br>12126 212th St SE Unit A<br>Snohomish, WA 98296 | Tire changer/Tire balancer | 3/2026 | $6,000.00 |
| | **Relationship to debtor** | | | |

---

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☒   No.
☐   Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒   No. Go to Part 10.
☐   Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:**    **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☒   No.
   ☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☒   No.
   ☐   Yes. Provide details below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Jennifer Hulse<br>3840 SE Castlewood Dr<br>Port Orchard, WA 98366 | 2/24/24 - current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory Hulse | 3840 SE Castlewood Dr<br>Port Orchard, WA 98366 | Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ☒ No
  ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ☒ No
  ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☒ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ☒ No
  ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 27, 2026

/s/  Gregory Hulse                 Gregory Hulse
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re    Community Automative Repair, LLC          Case No. _____

                       Debtor(s)       Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    March 27, 2026             Signature   /s/ Gregory Hulse

                                                   Gregory Hulse

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re  Community Automative Repair, LLC      Case No. _____
                                     Debtor(s)      Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ...................................................... $      15,000.00

   Prior to the filing of this statement I have received....................................... $      5,000.00

   Balance Due .................................................................................................... $      10,000.00

2. The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| March 27, 2026 | /s/ Karen E. Richmond |
|---|---|
| *Date* | Karen E. Richmond |
| | *Signature of Attorney* |
| | Richmond Hill, PLLC |
| | 1521 SE Piperberry Way, Suite 135 |
| | Port Orchard, WA 98366 |
| |   Fax: |
| | karen@law-rh.com |
| | *Name of law firm* |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re   Community Automative Repair, LLC                    Case No. _____

                                               Debtor(s)              Chapter     11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     March 27, 2026                        /s/  Gregory Hulse _____

                                                 Gregory Hulse/Owner
                                                 Signer/Title

Date:     March 27, 2026                        /s/ Karen E. Richmond _____

                                                 Signature of Attorney
                                                 Karen E. Richmond
                                                 Richmond Hill, PLLC
                                                 1521 SE Piperberry Way, Suite 135
                                                 Port Orchard, WA 98366
                                                 Fax:

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com                  Best Case Bankruptcy

A & I Distributors
P.O. Box 1999
Billings, MT 59103


Apro LLC
4310 Cover St
Long Beach, CA 90808


Autozone
123 S Front St
Memphis, TN 38103


Bank of America
P.O. Box 15284
Wilmington, DE 19850


Berkovitch & Bouskila PLLC
1545 Route 202 Suite 101
Pomona, NY 10970


BEST EGG
P.O. Box 42912
Philadelphia, PA 19101


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One Business
P.O. Box 30285
Salt Lake City, UT 84130


Clicklease
1182 W 2400 S
West Valley City, UT 84119


Dept of Revenue
Bankruptcy/Claims Unit
2101 4th Ave. #1400
Seattle, WA 98121-2300


DR Bank
1001 Post Road
Darien, CT 06820


Employment Security Dept
Insolvency Unit
P.O. Box 9046
Olympia, WA 98507-9046


Funding Metrics LLC
884 Town Center Drive
Langhorne, PA 19047

Great America
626 1st St SE Suite 800
Cedar Rapids, IA 52401


Great America Financial Services
625 First Street SE
Cedar Rapids, IA 52401


Greg Hulse
101 Bethel Ave
Port Orchard, WA 98366


Internal Revenue Service
Centralized Insolvency Ops.
PO Box 7346
Philadelphia, PA 19101-7346


Joshua J. Provost Esq
Attorney at Law
Capital Resource International 25852 McB
Valencia, CA 91355


Kalamata Capital
c/o Berkovitch & Bouskila PLLC
1545 US 202 Ste 101
Pomona, NY 10970


Lending Point
1201 Roberts Blvd Ste 200
Kennesaw, GA 30144


Office of Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188


OnDeck Capital
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009


OReilly Auto Parts
233 South Patterson
Springfield, MO 65802


Quickbooks
4315 Picket Road
Saint Joseph, MO 64503


Quickbooks
4315 Pickett Road
Saint Joseph, MO 64503


Stripe Capital
354 Oyster Point Blvd
South San Francisco, CA 94080

Tech Merchant


Upgrade
275 Battery St
23rd Floor
San Francisco, CA 94111


Velocity Capital Group
91 Carman Avenue Suite 400
Cedarhurst, NY 11516


Westbay Napa
2610 SE Mile Hill Dr
Port Orchard, WA 98366

# United States Bankruptcy Court
## Western District of Washington

In re    Community Automative Repair, LLC                    Case No.    _____
                                    Debtor(s)                Chapter     11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Community Automative Repair, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 27, 2026                          /s/ Karen E. Richmond
Date                                    Karen E. Richmond
                                        Signature of Attorney or Litigant
                                        Counsel for   Community Automative Repair, LLC
                                        Richmond Hill, PLLC
                                        1521 SE Piperberry Way, Suite 135
                                        Port Orchard, WA 98366
                                         Fax:
                                        karen@law-rh.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy